**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

IN RE:  Case No _____

Abdallah, Ahmad  Chapter **7**
_____
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors  **13**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **May 24, 2011**    **/s/ Ahmad Abdallah**
Debtor

_____
Joint Debtor

Abdallah, Ahmad
10324 S. Mason Avenue
Apartment 3
Oak Lawn, IL  60453

Maximum Recovery Solutions, Inc.
2250 E. Devon Avenue
Suite 352
DesPlaines, IL  60018

James A. Pope
1S660 Midwest Road - Suite 200
Oakbrook Terrace, IL  60181

MCYDSNB Credit Card
9111 Duke Boulevard
Mason, OH  45040

ACS - Wells Fargo
501 Bleeker Street
Utica, NY  13501

SENEX Services, Corp.
3500 DePauw Boulevard - Suite 305
Indianapolis, IN  46268

American Express Company
P.O. Box 297871
Fort Lauderdale, FL  33329

T Mobile
T Mobile Bankruptcy Team
P.O/ Box 53410
Bellevue, WA  98015

Arrow Financial Services
5996 W. Touhy Avenue
Niles, IL  60714

Verizon Wireless
P.O. Box 26055
Minneapolis, MN  55426

CACH. LLC
370 17th Street
Suite 5000
Denver, CO  80202

Chase BP
P.O. Box 15298
Wilmington, DE  19850

Discover Financial Services, LLC
P.O. Box 15316
Wilmington, DE  19850

First Premier Bank
601 S. Minnesota Avenue
Sioux Falls, SD  57104

HSBC Best Buy
P.O. Box 15519
Wilmington, DE  19850